# EXHIBIT 1

```
11       This Spectrum Policy consists of the Declarations, Coverage Forms, Common Policy Conditions and any
10       other Forms and Endorsements issued to be a part of the Policy. This insurance is provided by the stock
AC       insurance company of The Hartford Insurance Group shown below.
SBA
```

**INSURER:** TWIN CITY FIRE INSURANCE COMPANY
8910 PURDUE RD, INDIANAPOLIS, IN 46268
**COMPANY CODE:** 7

**Policy Number:** 39 SBA AC1011  SB



# SPECTRUM POLICY DECLARATIONS

**Named Insured and Mailing Address:**     ADRIAN MOODY AND ROBIN JONES
(No., Street, Town, State, Zip Code)
107 S EASTON RD
GLENSIDE     PA   19038

**Policy Period:**     **From**   12/10/19    **To**   12/10/20    1    YEAR
12:01 a.m., Standard time at your mailing address shown above. **Exception:** 12 noon in New Hampshire.

**Name of Agent/Broker:** FRANK FROIO AGENCY LLC
**Code:** 427318

**Previous Policy Number:** 39 SBA AC1011

**Named Insured is:** INDIVIDUAL

**Audit Period:** NON-AUDITABLE

**Type of Property Coverage:** SPECIAL

**Insurance Provided:** In return for the payment of the premium and subject to all of the terms of this policy, we agree with you to provide insurance as stated in this policy.

_____

**TOTAL ANNUAL PREMIUM IS:**     $1,200

_____

    *Susan L. Castaneda*
Countersigned by                                               09/25/19
         Authorized Representative                             Date

# SPECTRUM POLICY DECLARATIONS  (Continued)

**POLICY NUMBER:** 39 SBA AC1011

Location(s), Building(s), Business of Named Insured and Schedule of Coverages for Premises as designated by Number below.

**Location:** 001    **Building:** 001

107B S EASTON RD
GLENSIDE            PA 19038

**Description of Business:**
Art Dealers or Galleries w/ Sale of Art

**Deductible:** $ 1,000 PER OCCURRENCE

**BUILDING AND BUSINESS PERSONAL PROPERTY    LIMITS OF INSURANCE**

  **BUILDING**

                                                          NO COVERAGE

  **BUSINESS PERSONAL PROPERTY**

    **REPLACEMENT COST**                       $    64,800

  **PERSONAL PROPERTY OF OTHERS**

    **REPLACEMENT COST**                       NO COVERAGE

MONEY AND SECURITIES

  INSIDE THE PREMISES                          $    10,000
  OUTSIDE THE PREMISES                         $     5,000

# SPECTRUM POLICY DECLARATIONS (Continued)

**POLICY NUMBER:** 39 SBA AC1011

Location(s), Building(s), Business of Named Insured and Schedule of Coverages for Premises as designated by Number below.

**Location:** 001    **Building:** 001

**PROPERTY OPTIONAL COVERAGES APPLICABLE    LIMITS OF INSURANCE
    TO THIS LOCATION**

```
STRETCH FOR CULTURAL ORGANIZATIONS
FORM SS 04 82
THIS FORM INCLUDES MANY ADDITIONAL
COVERAGES AND EXTENSIONS OF
COVERAGES. A SUMMARY OF THE
COVERAGE LIMITS IS ATTACHED.


LIMITED FUNGI, BACTERIA OR VIRUS          $    50,000
COVERAGE:
FORM SS 40 93
THIS IS THE MAXIMUM AMOUNT OF
INSURANCE FOR THIS COVERAGE,
SUBJECT TO ALL PROPERTY LIMITS
FOUND ELSEWHERE ON THIS
DECLARATION.
INCLUDING BUSINESS INCOME AND EXTRA
EXPENSE COVERAGE FOR:                          30 DAYS
```

| PROPERTY OPTIONAL COVERAGES APPLICABLE TO ALL LOCATIONS | LIMITS OF INSURANCE |
|---|---|
| **BUSINESS INCOME AND EXTRA EXPENSE COVERAGE** | 12 MONTHS ACTUAL LOSS SUSTAINED |
| COVERAGE INCLUDES THE FOLLOWING COVERAGE EXTENSIONS: | |
| **ACTION OF CIVIL AUTHORITY:** | 30 DAYS |
| **EXTENDED BUSINESS INCOME:** | 30 CONSECUTIVE DAYS |
| **EQUIPMENT BREAKDOWN COVERAGE** | |
| COVERAGE FOR DIRECT PHYSICAL LOSS DUE TO: | |
| MECHANICAL BREAKDOWN, ARTIFICIALLY GENERATED CURRENT AND STEAM EXPLOSION | |
| THIS ADDITIONAL COVERAGE INCLUDES THE FOLLOWING EXTENSIONS | |
| HAZARDOUS SUBSTANCES | $ 50,000 |
| EXPEDITING EXPENSES | $ 50,000 |
| **MECHANICAL BREAKDOWN COVERAGE ONLY APPLIES WHEN BUILDING OR BUSINESS PERSONAL PROPERTY IS SELECTED ON THE POLICY** | |
| **IDENTITY RECOVERY COVERAGE** | $ 15,000 |
| FORM SS 41 12 | |

# SPECTRUM POLICY DECLARATIONS (Continued)
**POLICY NUMBER:** 39 SBA AC1011

| BUSINESS LIABILITY | LIMITS OF INSURANCE |
|---|---|
| **LIABILITY AND MEDICAL EXPENSES** | $1,000,000 |
| **MEDICAL EXPENSES - ANY ONE PERSON** | $     10,000 |
| **PERSONAL AND ADVERTISING INJURY** | $1,000,000 |
| **DAMAGES TO PREMISES RENTED TO YOU ANY ONE PREMISES** | $1,000,000 |
| **AGGREGATE LIMITS** | |
|     **PRODUCTS-COMPLETED OPERATIONS** | $2,000,000 |
|     **GENERAL AGGREGATE** | $2,000,000 |

**EMPLOYMENT PRACTICES LIABILITY COVERAGE:** FORM SS 09 01

| | |
|---|---|
| **EACH CLAIM LIMIT** | $     10,000 |
|     **DEDUCTIBLE - EACH CLAIM LIMIT** NOT APPLICABLE | |
| **AGGREGATE LIMIT** | $     10,000 |

**RETROACTIVE DATE:** 12102018

This **Employment Practices Liability Coverage** contains claims made coverage. Except as may be otherwise provided herein, specified coverages of this insurance are limited generally to liability for injuries for which claims are first made against the insured while the insurance is in force. Please read and review the insurance carefully and discuss the coverage with your Hartford Agent or Broker.

The Limits of Insurance stated in this Declarations will be reduced, and may be completely exhausted, by the payment of "defense expense" and, in such event, The Company will not be obligated to pay any further "defense expense" or sums which the insured is or may become legally obligated to pay as "damages".

```
BUSINESS LIABILITY OPTIONAL
COVERAGES

CYBERFLEX COVERAGE
FORM SS 40 26

UNMANNED AIRCRAFT LIABILITY
FORM: SS 42 06
```

# SPECTRUM POLICY DECLARATIONS (Continued)
**POLICY NUMBER:** 39 SBA AC1011

**Form Numbers of Forms and Endorsements that apply:**

```
SS 00 01 03 14      SS 00 05 10 08      SS 00 07 07 05      SS 00 08 04 05
SS 00 60 09 15      SS 00 61 07 19      SS 00 64 09 16      SS 84 22 09 07
SS 01 25 07 08      SS 42 06 03 17      SS 04 19 04 09      SS 04 22 07 05
SS 04 30 07 05      SS 04 39 07 05      SS 04 41 03 18      SS 04 42 03 17
SS 04 44 07 05      SS 04 45 07 05      SS 04 46 09 14      SS 04 47 04 09
SS 04 80 03 00      SS 04 82 09 07      SS 04 86 03 00      SS 40 18 07 05
SS 40 23 03 00      SS 40 26 03 17      SS 40 93 07 05      SS 41 12 12 17
SS 41 51 10 09      SS 41 63 06 11      IH 10 01 09 86      SS 05 47 09 15
SS 05 64 12 10      SS 05 66 03 00      SS 50 94 06 11      SS 51 11 03 17
SS 09 01 12 14      SS 09 18 12 14      SS 09 67 09 14      SS 09 70 12 14
SS 09 71 12 14      SS 50 19 01 15      IH 99 40 04 09      IH 99 41 04 09
SS 83 76 01 15      SS 89 93 07 16
```