# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADRIAN MOODY and ROBIN JONES d/b/a MOODY JONES GALLERY, *Plaintiff*, | : : : : | CIVIL ACTION NO. 20-2856 |
| v. | : : | |
| TWIN CITY FIRE INSURANCE COMPANY, *Defendant*. | : : : | |

# ORDER

AND NOW, this 8th day of October, 2020, it is hereby ORDERED that Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 9) is DENIED AS MOOT in light of Plaintiff's Amended Complaint (ECF No. 10) and Defendant's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 11).

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.